Dismissed and Opinion Filed January 7, 1998



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-96-01086-CV

**UNITED RESOURCES OIL AND GAS CORPORATION,
UNITED RESOURCES EQUITY PARTNERS-I, L.P., and
UNITED RESOURCES ENERGY PARTNERS, SERIES II, L.P., Appellants**

**V.**

**TRIUMPH NATURAL GAS, INC, Appellee**

On Appeal from the 192nd District Court
Dallas County, Texas
Trial Court Cause No. 93-05355-K

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Whittington and Moseley

The Court has before it appellants' and appellee's December 29, 1997 agreed motion to dismiss. The motion states (1) the parties have reached a settlement of all claims, and (2) appellants no longer desire to pursue their appeal. Therefore, on the parties' December 29, 1997 motion, this appeal is **DISMISSED.** *See* TEX. R. APP. P. 42.1.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

UNITED RESOURCES OIL AND GAS CORPORATION, UNITED RESOURCES EQUITY PARTNERS-I, L.P., AND UNITED RESOURCES ENERGY PARTNERS, SERIES II, L.P., Appellants

No. 05-96-01086-CV     V.

TRIUMPH NATURAL GAS, INC., Appellee

Appeal from the 192nd District Court of Dallas County, Texas. (Tr.Ct.No. 93-05355-K).
Opinion delivered per curiam before a panel of Chief Justice Thomas and Justices Whittington and Moseley.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**. It is **ORDERED** that each party shall bear its own costs of appeal. After appellants United Resources Oil and Gas Corporation, United Resources Equity Partners-I, L.P., and United Resources Energy Partners, Series II, L.P. pay all costs assessed against them, the Dallas County District clerk is directed to release the balance, if any, of the cash deposit to appellants' attorney, Charles Jefferson.

Judgment entered January 7, 1998.

JIM MOSELEY
JUSTICE

## NO. 05-96-01086-CV

## IN THE

## COURT OF APPEALS

## FIFTH SUPREME JUDICIAL DISTRICT

## DALLAS, TEXAS

UNITED RESOURCES OIL AND GAS
CORPORATION, UNITED RESOURCES
EQUITY PARTNERS-I, L.P., and
UNITED RESOURCES ENERGY
PARTNERS, SERIES II, L.P.,

Appellants,

vs.

TRIUMPH NATURAL GAS, INC.

Appellee.

## STIPULATION FOR DISMISSAL

**TO THE HONORABLE COURT OF APPEALS:**

Under TEX. R. APP. P. § 42.1(a)(1), United Resources Oil & Gas Corporation, United Resources Equity Partners-I, L.P., and United Resources Energy Partners, Series II, L.P. ("Appellants") and Triumph Natural Gas, Inc. ("Appellee") stipulate that all claims and causes of action asserted in this matter have been settled in their entirety. As a result, Appellants and Appellee desire that all claims and causes of action asserted in this suit and appeal be dismissed, with prejudice to the refiling of same, with each party to bear its own costs of court, and agree

that the Final Judgment of the trial court entered on March 19, 1996, in Cause No. 93-5355-K in the 192nd Judicial District Court of Dallas County, Texas, styled *Triumph Natural Gas, Inc. v. United Resources Oil and Gas Corporation, United Resources Equity Partners I, L.P., and United Resources Energy Partners, Series II, L.P.* (a copy of which is attached hereto), should be vacated. *See Pantterra Corp. v. American Dairy Queen*, 908 S.W.2d 300, 300-01 (Tex. App.—San Antonio 1995, no writ)(holding that when a cause becomes moot on appeal, all prior orders and judgments should be set aside by the appellate court and the cause, not merely the appeal, dismissed). Appellants and Appellee further agree and request that this Court enter an order directing the District Clerk of Dallas County to release to Appellants' attorney, Charles Jefferson, One River Walk, 700 North St. Mary's Street, Suite 1000, San Antonio, Texas 78205, the proceeds of the cash deposit in lieu of bond previously deposited and posted as security for payment of the judgment in this matter.

Respectfully submitted,

THE LAW OFFICE OF CHARLES JEFFERSON
One River Walk
700 North St. Mary's Street, Suite 1000
San Antonio, TX 78205
Telephone: 210/227-4182
Facsimile: 214/227-5514

By: _____
CHARLES M. JEFFERSON
State Bar No. 1060550

ATTORNEY FOR APPELLANTS,
UNITED RESOURCES OIL & GAS
CORPORATION, UNITED RESOURCES EQUITY
PARTNERS-I, L.P. and UNITED RESOURCES
ENERGY PARTNERS, SERIES II, L.P.

STIPULATION FOR DISMISSAL

VIAL, HAMILTON, KOCH & KNOX, L.L.P.
1717 Main Street, Suite 4400
Dallas, TX 75201-7388
Telephone: 214/712-4400
Facsimile: 214/712-4402

By: _____

**MICHAEL D. FARRIS**
State Bar No. 06844300

**JULIE E. ANGELLEY**
State Bar No. 00793477

ATTORNEYS FOR APPELLEE, TRIUMPH
NATURAL GAS, INC.

K:40523.1